**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**XINIA MANOUKIAN,**

    **Plaintiff,**

v.                                                     **Case No:  6:13-cv-1422-Orl-31TBS**

**SECRETARY U.S. DEPARTMENT OF**
**HOMELAND SECURITY, et al.,**

    **Defendants.**

## ORDER

This cause comes before the Court on the Petition for Amendment of Naturalization Certificate (Doc. No. 1), filed September 13, 2013.

On November 15, 2013, the United States Magistrate Judge issued a report (Doc. No. 9) recommending that this case be transferred to the Southern District of Florida. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2. The Clerk is directed to transfer this case to the Southern District of Florida, Miami Division.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 2, 2013.

                                                            GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party